UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL JOHN SOPCZAK (#295605)

VERSUS                                                    CIVIL ACTION

LYNN COOPER, ET AL                                        NUMBER 12-95-SDD-SCR

**RULING ON MOTION TO PROCEED IN FORMA PAUPERIS**
and
**RULING ON MOTION FOR COPIES**

Before the court are the petitioner's Motion to Proceed In Forma Pauperis (for the purpose of obtaining documentation) and his Motion for a Copy of the State Court Record Index(s) Showing Contents of State Court Records and for a Copy of the Court's Docket.  Record document numbers 41 and 42, respectively.

Petitioner filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 for the purpose of obtaining documentation and a separate motion for copies without prepayment of costs.  Specifically, the petitioner sought copies of portions of the state court record including copies of state court record indexes related to his criminal proceedings and appellate review. In addition, the petitioner sought a copy of the court's docket sheet related to this matter.

Although the petitioner paid the court's filing fee, he argued that he should be permitted to proceed in forma pauperis for the purpose of obtaining free copies of the state court record and the court's docket sheet.

The court has already addressed essentially the same request twice before.[1] The grant of in forma pauperis status pursuant to § 1915 permits a litigant to commence a suit without the prepayment of fees or security. 28 U.S.C. § 1915. Plaintiff is not proceeding in forma pauperis. Even if he were, the statute does not give him the right to a free copy of his state court case transcript or other court records for use in a collateral proceeding. *See, United States v. Ramos-Barrera*, 466 Fed.Appx. 334 (5th Cir. 2012).

Accordingly, the petitioner's Motion to Proceed In Forma Pauperis (for the purpose of obtaining documentation) and Motion for a Copy of the State Court Record Index(s) Showing Contents of State Court Records and for a Copy of the Court's Docket, record document numbers 41 and 42 respectively, are denied. Another motion by the plaintiff seeking free transcripts or other records from his state court criminal case will result in the imposition of sanctions.

Baton Rouge, Louisiana, July 8, 2013.

*[signature]*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document numbers 27 and 35.