UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL JOHN SOPCZAK (#295605)

VERSUS                                                         CIVIL ACTION

LYNN COOPER, ET AL                                   NUMBER 12-95-SDD-SCR

### RULING ON MOTION FOR APPOINTMENT OF COUNSEL

Before the court is the motion of petitioner Michael John Sopczak for appointment of counsel.  Record document number 43.

Pro se petitioner file this suit seeking relief pursuant to 28 U.S.C. § 2254.  Petitioner challenged his state court conviction and sentence on one count of simple burglary in the Twenty-first Judicial District Court for the Parish of Livingston in 2006.

Petitioner does not have a constitutional right to appointment of counsel in habeas corpus actions.  *Pennsylvania v. Finley*, 481 U.S. 551, 555, 107 S.Ct. 1990, 1993 (1987).

Pursuant to Rule 8(c), Rules Governing Section 2254 Cases, the court shall appoint counsel for a petitioner who qualifies for appointment of counsel under 18 U.S.C. § 3006A if the court determines that an evidentiary hearing is required.

Because no evidentiary hearing on the petitioner's habeas corpus application is required at this time, the petitioner does not have a statutory right to appointment of counsel.

Accordingly, the petitioner's motion for appointment of counsel is denied, without prejudice, until such time as the court

determines whether an evidentiary hearing is needed.

Baton Rouge, Louisiana, July 8, 2013.

                                  STEPHEN C. RIEDLINGER
                                  UNITED STATES MAGISTRATE JUDGE